OPINION — AG — ** HEALTH PLANNING COMMISSION — CERTIFICATE OF NEED ** THE DEPARTMENT OF HUMAN SERVICES (WELFARE DEPARTMENT) WAS `NOT' REQUIRED TO OBTAIN A CERTIFICATE OF NEED UNDER 63 O.S. 2651 [63-2651] — 63 O.S. 2656.2 [63-2656.2], AS A PREREQUISITE TO UNDERTAKING THE RENOVATION OF OKLAHOMA MEMORIAL HOSPITAL IN COMPLIANCE WITH 56 O.S. 405 [56-405] (BUILDING, CONSTRUCTION, STATE AGENCY) CITE: 56 O.S. 401 [56-401] 56 O.S. 410 [56-410], 63 O.S. 2655 [63-2655], 63 O.S. 1-112 [63-1-112] (FLOYD W. TAYLOR) 740 P.2d 124 (1987), HAIR V. OKLAHOMA CORPORATION